1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  WILLIAM J. GULLOTTA (CTBN 423420)
   Assistant United States Attorney
5          150 Almaden Blvd., Suite 900
           San Jose, California 95113
6          Telephone: (408) 535-5053
           Facsimile: (408) 535-5066
7          Email: William.Gullotta@usdoj.gov

8
   Attorneys for United States of America
9

10                         UNITED STATES DISTRICT COURT

11                        NORTHERN DISTRICT OF CALIFORNIA

12                                SAN JOSE DIVISION

13
   UNITED STATES OF AMERICA,              ) CASE NO. CR 14-00609 BLF
14                                        )
          Plaintiff,                      ) JOINT STIPULATION FOR EXCLUSION OF
15                                        ) TIME FROM DECEMBER 4, 2014 TO
      v.                                  ) DECEMBER 16, 2014 FROM THE SPEEDY TRIAL
16                                        ) ACT CALCULATION [18 U.S.C. § 3161(H)(7)(A)
   JORGE ZARAGOZA-SANCHES,                ) AND (H)(7)(B)(4)]
17                                        )
          Defendant.                      )
18 _____)

19                                  **JOINT STIPULATION**

20         On December 4, 2014, the parties appeared before the Honorable Howard R. Lloyd for

21 arraignment of the defendant. Following the defendant's arraignment, the matter was placed on the

22 Honorable Beth L. Freeman's calendar for a status conference on December 16, 2014. The government

23 recently produced fairly voluminous discovery to the defense, including the defendant's alien file as

24 well as information regarding the defendant's criminal history, and the parties are currently reviewing

25 the relevant discovery. Therefore, counsel for the government and counsel for Mr. Zaragoza-Sanches

26 hereby stipulate that the time between December 4, 2014 and December 16, 2014 should be excluded

27 from the calculation of time within which the trial in this case must commence pursuant to the Speedy

28 Trial Act, in order to allow each counsel sufficient time to effectively prepare, taking into account the

JOINT STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME
CR-14-00609 BLF

exercise of due diligence. Furthermore, the parties stipulate that the ends of justice served by granting the request outweigh the best interest of the public and the defendant in a speedy trial.

DATED: December 4, 2014

Respectfully submitted,

MELINDA HAAG
United States Attorney

/s/
WILLIAM J. GULLOTTA
Assistant United States Attorney

DATED: December 4, 2014

/s/
ROBERT CARLIN
Attorney for the Defendant

## ORDER

Based upon the stipulation of the parties, and for good cause shown, the COURT HEREBY ORDERS that the time between December 4, 2014 and December 16, 2014 is excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(7)(A) and 3161(h)(7)(B)(4). The Court finds that the failure to grant this request would unreasonably deny each counsel sufficient time to effectively prepare, taking into account the exercise of due diligence. Furthermore, the Court finds that the ends of justice served by granting the request outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.

The Court therefore concludes that this exclusion of time should be made under Title 18, United States Code, Sections 3161(h)(7)(A) and 3161(h)(7)(B)(4).

DATED: 12/5/14

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

JOINT STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME
CR-14-00609 BLF